

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2021

No. 04-21-00445-CV

**IN THE INTEREST OF C.M.C., S.S.J., CHILDREN**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02143
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Appellant timely filed her notice of appeal on October 11, 2021. Accordingly, the clerk's record was due ten days later on October 21, 2021. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed.

On October 22, 2021, Mary Angie Garcia, the Bexar County District Clerk, filed a notification of late record requesting an extension of time until October 29, 2021 to file the clerk's record.

We **grant** the motion and order the clerk's record due **October 29, 2021**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days). Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX. R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court